# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 562 WAL 2014
:
               Respondent     :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
        v.             :
:
:
:
RODNEY ALLEN WILLIAMS,     :
:
               Petitioner      :

## **ORDER**

**PER CURIAM**

      **AND NOW**, this 18th day of March, 2015, the Petition for Allowance of Appeal is

**DENIED**.